# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| PATRICK K. GIBSON, <br><br> Plaintiff, <br> v. <br><br> EDITH KROHA, <br><br> Defendants. | No. 3:17-CV-5187-RBL-DWC <br><br> **ORDER ADOPTING REPORT AND RECOMMENDATION** |

THIS MATTER is before the Court on Magistrate Judge David W. Christel's Report and Recommendation [Dkt. #  ], recommending denying Plaintiff's request for a temporary restraining order. Gibson has not objected.

(1) The Report and Recommendation is **ADOPTED**;

(2) Plaintiff Gibson's Motion for Injunctive Relief via Motion to Compel is denied.

The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. David W. Christel.

**DATED** this 14th day of Apr/2020.

Ronald B. Leighton
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1