HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PATRICK K GIBSON,

                Plaintiff,

     v.

WASHINGTON STATE
DEPARTMENT OF CORRECTIONS,

                Defendant.

CASE NO. C17-5187RBL

ORDER

THIS MATTER is before the Court on Magistrate Judge Christel's Report and Recommendation [Dkt. # 97], recommending that this Court Grant Defendant's Motion for Summary Judgment [Dkt. # 87]. The Court has reviewed the file and Plaintiff Gibson's Objections [Dkt. # 99], and Defendant's Response [Dkt. # 101].

(1) The Report and Recommendation is **ADOPTED**;

(2) Defendant's Motion for Summary Judgment [Dkt. # 87] is **GRANTED,** Plaintiff Gibson's remaining claims are DISMISSED with prejudice**,** and this case is closed.

The Clerk is directed to send copies of this Order to Gibson, Defendant's counsel, and to the Hon. David W. Christel.

1    IT IS SO ORDERED.

2    Dated this 20th day of July, 2020.

3

4    _____
     Ronald B. Leighton
5    United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER - 2